UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    ANDREW D. GILES               CASE NO. 19-55492-MAR
                                        CHAPTER 13
                                        HONORABLE MARK A. RANDON

        DEBTOR.
_____/
DAVID R. SHOOK (P48667)
Attorney for Debtor
6480 Citation Drive
Clarkston, MI 48346
(248) 625-6600
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**WITHDRAWAL OF MOTION OF ALLY BANK FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

      Ally Bank ("Creditor") withdraws its Motion for Relief from the Automatic Stay and

Co-Debtor Stay filed on September 8, 2020, for the 2008 Ford Commercial E350 Van bearing

Vehicle Identification Number 1FTSE34LX8DA61957.

                            O'REILLY RANCILIO P.C.

                            */s/ Craig S. Schoenherr, Sr.*
                            _____
                            CRAIG S. SCHOENHERR, SR. (P32245)
                            Attorney for Creditor
                            12900 Hall Road, Suite 350
                            Sterling Heights, MI  48313-1151
                            (586) 726-1000
                            ecf@orlaw.com

DATED:  October 26, 2020